IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANIEL RAY BROWN                                                                                      PLAINTIFF
ADC #88140

V.                                              NO. 4:06CV01537 JMM

BOONE COUNTY QUORUM COURT, et al                                                    DEFENDANTS

### ORDER

After a thorough review of Plaintiff's case file, the Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).[1] Venue would be proper in the Western District as all Defendants are located there and the events complained of allegedly occurred there. Id. § 1391.[2]

The Clerk of the Court is directed to TRANSFER immediately PLAINTIFFS' ENTIRE CASE FILE to the Western District of Arkansas, Harrison Division.

IT IS SO ORDERED this 30th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Id.

[2] Plaintiff challenges the "pay for stay" program instituted by the Quorum Court which allegedly charges guilty inmates additional fines per day for their confinement. Plaintiff additionally challenges various other financial practices by the jail.